IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KERRI JENKS,**

     **Plaintiff,**

**v.**                                   **Case No. 1: 15-cv-1079-KBM-KK**

**GEICO INSURANCE COMPANY, a foreign
Corporation, AMY TRAINOWSKI, and john does,**

     **Defendants.**

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Kerri Jenks, by and through her counsel of record, Michael Huffaker and

Defendant Government Employees Insurance Company, incorrectly named as GEICO

Insurance Company, by and through their counsel of record, Chapman and Charlebois,

P.C. (Donna L. Chapman and Jessica C. Singer), hereby move the Court to dismiss with

prejudice Plaintiff's Complaint and causes of action that were or could have been filed

therein, on the ground the parties have reached a compromised settlement.

**WHEREFORE**, the parties respectfully request the Court enter an Order

dismissing with prejudice Plaintiff's Complaint and all causes of action that were or could

have been alleged therein, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C.**


/s/ Jessica C. Singer, Attorney at Law
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
Tel: (505) 242-6000
Fax: (505) 213-0561
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for Defendant Government*
*Employees Insurance Company*

And


*Approval via email 12/9/2015*
Michael Huffaker
500 W. Main St., Ste. 200
Farmington, NM 87401
(505) 324-8330
*Attorney for Plaintiff*